DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TREMAINE DRIVER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1407

[October 23, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2017-CF-003114-AXXX-MB.

Jason T. Forman of Law Offices of Jason T. Forman, P.A., Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***